**DISMISS and Opinion Filed April 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00059-CV

**ISLAMIC ACADEMY, INC., Appellant**
V.
**NAEEM SILAT, MOHAMMAD ASHRAF DADA, SYED M. FAROOQ, OMAR FAROOQ, AND SYED A. QADRI, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01230-2018**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' April 5, 2019 agreed motion to dismiss this appeal. In the motion, the parties state they have reached an agreement to compromise and settle their differences. We grant the motion.

We dismiss this appeal with prejudice.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190059F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ISLAMIC ACADEMY, INC., Appellant

No. 05-19-00059-CV     V.

NAEEM SILAT, MOHAMMAD ASHRAF DADA, SYED M. FAROOQ, OMAR FAROOQ, AND SYED A. QADRI, Appellees

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-01230-2018.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered April 9, 2019